EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>440-2017-05017 |
|---|---|---|

Illinois Department Of Human Rights and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Julie Nachampassack | (773) 414-5975 | 1983 |

Street Address: 4527 Newcastle Road, Rockford, IL 61108

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| ILLINOIS STATE TOLL HIGHWAY AUTHORITY | 500 or More | (630) 241-6800 |

Street Address: 2700 Ogden Avenue, Downers Grove, IL 60515

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest Latest: 01-24-2017
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by Respondent on or around November 2002. My most recent position was Senior Tollway Collector. During my employment, I was subjected to sexual harassment and discipline. I complained to no avail. Respondent was also aware of my disability and failed to provide me with a reasonable accommodation and subsequently, on or around January 24, 2017, I was discharged.

I believe I have been discriminated against because of my sex, female, (pregnancy), and in retaliation for engaging in protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended.

I also believe I have been discriminated against because of my disability, in violation of the Americans with Disabilities Act of 1990, as amended.

NOV 09 2017

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Nov 09, 2017 *Charging Party Signature*
Date

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)



BRYAN J. O'CONNOR
BRYAN J. O'CONNOR, JR.
EILEEN M. O'CONNOR*
*LICENSED IN IL AND WI

July 18, 2017

EEOC
Chicago District Office
500 W. Madison Street
Suite 2000
Chicago, IL 60661

Re:   Julie Nachampassack [Employee]
      Filing Discrimination Charge

This letter is my (Julie Nachampassack) formal filing of a discrimination charge against the Illinois State Toll Highway Authority.

1. Employee:   Julie Nachampassack
               4527 Newcastle Road
               Rockford, IL 61108
               773-414-5975
               jnachampassack@gmail.com

2. Employer:   Illinois State Toll Highway Authority
               2700 Ogden Avenue
               Downers Grove, IL 60515

3. Date of Discrimination:  January 24, 2017

4. Description of Discrimination:

(a) Julie Nachampassack had a disabling condition related to her pregnancy and child birth, for which a treating medical care provider ordered her off work. This medical care provider anticipated that Julie would eventually be able to return to work in the same capacity in which she was working prior to the disability. Notwithstanding, the Tollway wrongfully terminated Julie while she was disabled and off work [per orders of the medical care provider] and receiving care & treatment for her disability.

(b) Julie Nachampassack was the victim of retaliatory discharge for participating in an Investigation by the Illinois State Toll Highway Authority in regards to sexual

      harassment by one of its employees against co-employees, including sexual harassment of Julie Nachampassack.

(c) In violation of the Whistleblower Acts, Julie Nachampassack was wrongfully terminated for participating in an Investigation by the Illinois State Toll Highway Authority in regards to sexual harassment by one of its employees against co-employees, including sexual harassment of Julie Nachampassack.

(d) Julie Nachampassack was harassed and subject to a hostile work environment, culminating in her unlawful termination. She was harassed and subject to a hostile work environment for participating in an Investigation by the Illinois State Toll Highway Authority in regards to sexual harassment by one of its employees against co-employees, including sexual harassment of Julie Nachampassack

5. There are more than 1,500 employees of the Illinois State Toll Highway Authority.

6. On information and belief, there have been no proceedings relating to these discriminatory acts.

5. There are more than 1,500 employees of the Illinois State Toll Highway Authority.

6. On information and belief, there have been no proceedings relating to these discriminatory acts.

Under penalties as provided by law, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true

Julie Nachampassack

*/s/ Nachampassack*

Date

17 July 2017